United States District Court
Eastern District of California

JORGE RAMIRO GARCIA FIGUEROA

Plaintiff(s)

V.

CHESTNUT ET AL

Defendant(s)

Case Number: 1:26-CV-08242-EJD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, ALEXANDRA MIRON hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
JORGE RAMIRO GARCIA FIGUEROA

On 01/21/2016 (date), I was admitted to practice and presently in good standing in the NEW YORK STATE (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/08/2026

Signature of Applicant: /s/ ALEXANDRA MIRON

**Pro Hac Vice Attorney**

Applicant's Name: ALEXANDRA MIRON

Law Firm Name: D'UVA AND MIRON LLC

Address: 17 ACADEMY STREET
SUITE 208

City: NEWARK State: NJ Zip: 07102

Phone Number w/Area Code: (862) 230-2311

City and State of Residence: Nutley, NJ

Primary E-mail Address: Alexandra@duvalaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway
Suite 1730

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-3635 Bar # 230127

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 9, 2026

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE